No. 82–5182.   LYONS *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Santa Barbara.   Certiorari denied.

No. 82–5459.   DEVORCE ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 82–5716.   CHANDLER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–5768.   LAMB *v.* JERNIGAN, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 82–5847.   KROWN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–5887.   MEALER *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 82–6001.   CASAREALE ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 82–6025.   GILES *v.* HUNT ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–6027.   LUCIEN *v.* FITZSIMMONS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–6036.   FITZGERALD *v.* PENTHOUSE INTERNATIONAL, LTD., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6041.   SMITH *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 82–6044.   MARTIN *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6045.   MCKINNEY *v.* OHIO.   Ct. App. Ohio, Warren County.   Certiorari denied.